1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

CORTEZ DAUNDRE JONES,

                Plaintiff,

     v.

EDMONDS POLICE,

                Defendant.

CASE NO. C23-1194JLR

ORDER

15

16

17

18

19

Before the court are (1) *pro se* Plaintiff Cortez Daundre Jones's motion for leave

to proceed *in forma pauperis* ("IFP") (IFP App. (Dkt. # 1)) and (2) United States

Magistrate Judge Brian A. Tsuchida's report and recommendation recommending the

court deny Mr. Jones's IFP motion (R&R (Dkt. # 2)).[1]  Having carefully reviewed the

20

21

22

[1] Although the report and recommendation states that Mr. Jones is permitted to file objections to the report and recommendation by August 23, 2023, the Ninth Circuit has held that a plaintiff is not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.2d 1113, 1114 (9th Cir. 1998).  Accordingly, the court will not afford Mr. Jones an opportunity to object to the instant report and recommendation.

ORDER - 1

1   foregoing documents and the governing law, the court ADOPTS the report and

2   recommendation (Dkt. # 2) and DENIES Mr. Jones's motion for leave to proceed IFP

3   (Dkt. # 1).  Mr. Jones shall pay the usual filing fee by **September 14, 2023**.  If he fails to

4   do so, this case will be dismissed.

5          Dated this 15th day of August, 2023.

6

7          _____

8          JAMES L. ROBART
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2